IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

| | |
|---|---|
| CHERYL SCHRAUFNAGEL, individually and on behalf of all others similarly situated, | )<br>)<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) Case No. 2:19-cv-01608<br>)<br>) |
| GEICO CASUALTY COMPANY, | ) **Honorable J.P. Stadtmueller**<br>) |
| Defendant. | ) |

## RULE 26(f) JOINT DISCOVERY PLAN

1.  Pursuant to Rule 26(f) of the Federal Rules of Civil Procedure and the Court's December 11, 2019 Order, the parties met and conferred via email and telephonically on multiple occasions with regards to the contents of this proposed discovery plan.

2.  Defendant's response to Plaintiff's complaint is currently due February 3, 2020.

3.  Pre-Discovery Disclosures: The parties will exchange the information required by Federal Rule of Civil Procedure 26(a)(1) by **February 17, 2020**.

4.  Discovery Plan: The parties jointly propose to the Court the following Discovery Plan:

    a.  Discovery is necessary on the following subjects:

        i.   The facts and circumstances of Plaintiff's insurance claim;

        ii.  Defendant's handling of Plaintiff's insurance claim;

        iii. Defendant's practices regarding the payment of sales tax and title transfer fees in settlement of first-party total loss claims; and

iv. Information and data relating to putative class members' first-party total loss claims.

b. The parties propose the following dates for scheduling:

i. **March 24, 2020**: Deadline for amendment of pleadings and/or to join additional parties.

ii. **June 29, 2020:** Deadline for Plaintiff to file Motion for Class Certification and disclose certification experts, if any. Plaintiff agrees to make any disclosed expert(s) available for deposition within 14 days.

iii. **August 14, 2020:** Deadline for Defendant's response to Plaintiff's Motion for Class Certification and disclosure of rebuttal experts, if any. Defendant agrees to make any disclosed expert(s) available for deposition within 14 days.

iv. **September 4, 2020:** Deadline for Plaintiff's reply in further support of Motion for Class Certification.

v. **October 26, 2020:** Deadline for Plaintiff to disclose expert witnesses, if any, and provide written reports. Plaintiff agrees to make any disclosed expert(s) available for deposition within 14 days.

vi. **December 7, 2020:** Deadline for Defendant to disclose expert witnesses, if any, and provide written reports. Defendant agrees to make any disclosed expert(s) available for deposition within 14 days.

vii. **January 29, 2021:** Deadline for filing of any dispositive motions.

viii. **March 5, 2021:** Deadline for all discovery.

c. The parties anticipate the production of electronically stored information ("ESI"). The parties will work together to agree to procedures and costs relating to the production of ESI.

d. The parties do not believe there is a need for any limitations on discovery and that discovery can be governed by the Federal and Local Rules.

e. The parties do not believe there are any other issues to be addressed by the Court at this time.

**ADDITIONAL INFORMATION REQUIRED BY THE COURT**

1. Case Summary: This case concerns whether and under what circumstances Defendant is obligated by its insurance policy to pay sales tax and title transfer fees to insureds who suffer a total-loss of their insured vehicle and whether Defendant paid sales tax and title transfer fees to Plaintiff and members of the putative class.

2. Subject Matter Jurisdiction: This Court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. § 1332(d)(2), because (a) Plaintiff is a member of the putative class, which consists of at least 100 members, and at least one member of the putative class is a citizen of a different state than Defendant, (b) upon information and belief, the aggregate amount in controversy exceeds $5 million, exclusive of interest and costs, and (c) none of the exceptions under § 1332 apply to this claim.

3. Contemplated Motions: Both parties will likely file motions for summary judgment. Plaintiff will file a motion for class certification.

4. Trial Length: The parties anticipate that this case can be tried in 5-7 days.

5. Other Matters: The parties are in agreement that the Court should enter a protective order to allow Defendant to produce training information and documents, customer information

and other confidential and/or proprietary information. The parties will submit an Agreed Protective Order to the Court by **January 17, 2020.**

Dated:   December 30, 2019

<div style="margin-left:40%">

s/Daniel Kotchen
**KOTCHEN & OW LLP**
1745 Kalorama Rd., N.W., Suite 101
Washington, D.C. 20009
(202) 468-4014

**EDELSBERG LAW, PA**
Scott Edelsberg *(pro hac vice to be filed)*
scott@edelsberglaw.com
David M. Sholl *(pro hac vice to be filed)*
david@edelsberglaw.com
20900 NE 30th Ave, Suite 417
Aventura, FL 33180
Telephone: (305) 975-3320

**SHAMIS & GENTILE, P.A.**
Andrew J. Shamis *(pro hac vice to be filed)*
ashamis@shamisgentile.com
14 NE 1st Avenue, Suite 400
Miami, Florida 33132
Telephone: (305) 479-2299
Facsimile: (786) 623-0915

**DAPEER LAW, P.A.**
Rachel Dapeer *(pro hac vice to be filed)*
rachel@dapeer.com
300 S. Biscayne Blvd, #2704
Miami, FL 33131
Telephone: (305) 610-5223

**NORMAND PLLC**
Edmund A. Normand
ed@ednormand.com
Jacob L. Phillips
jacob.phillips@normandpllc.com
service@normandpllc.com
3165 McCrory Place, Suite 175
Orlando, FL 32803
Telephone: (407) 603-6031
Facsimile: (888) 974-2175

*Attorneys for Plaintiff*

</div>

                                      Attorneys for Defendant
                                    GEICO CASUALTY COMPANY

                              By: /s/ Mark J. McClenathan
                             HEYL, ROYSTER, VOELKER & ALLEN
                                   Mark J. McClenathan
                                      ARDC #6196507

Mark J. McClenathan (ARDC #6196507)
Christopher J. Drinkwine (ARDC #6236992)
HEYL, ROYSTER, VOELKER & ALLEN, P.C.
120 West State Street, 2nd Floor
Rockford, IL 61101-1159
Telephone (815) 963-4454
Facsimile (815) 963-0399
PRIMARY E-MAIL: rckecf@heylroyster.com
SECONDARY E-MAIL #1: mmcclenathan@heylroyster.com
SECONDARY EMAIL #2: cdrinkwine@heylroyster.com

       -AND-

Kymberly Kochis (*pro hac vice to be filed*)
Eversheds Sutherland (US) LLP
The Grace Building, 40th Floor
1114 Avenue of the Americas
New York, NY 10036
Telephone: (212) 389-5000
Facsimile: (212) 389-5099
kymberlykochis@eversheds-sutherland.com

*Attorneys for Defendant*
**GEICO Casualty Company**

# CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of December 2019, I electronically filed the foregoing <u>Rule 26(f) Joint Discovery Plan</u> with the Clerk of the Court using the CM/ECF system which will automatically send notification of such filing to all attorneys of record registered with the CM/ECF system.

    /s/    Jamie K. Abney
jabney@heylroyster.com

HEYL, ROYSTER, VOELKER & ALLEN, P.C.
120 West State Street, 2nd Floor
Rockford, IL 61101-1159
Phone (815) 963-4454
PRIMARY E-MAIL: rckecf@heylroyster.com
SECONDARY E-MAIL #1: mmcclenathan@heylroyster.com
SECONDARY EMAIL #2: cdrinkwine@heylroyster.com

36534-3 / 37387643_1