# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

CHERYL SCHRAUFNAGEL,

                Plaintiff,

v.

GEICO CASUALTY COMPANY,

                Defendant.

Case No. 19-CV-1608-JPS

**ORDER**

      On August 19, 2020, Plaintiff filed a notice of voluntary dismissal of Plaintiff's claims with prejudice and without costs to either party, as well as a dismissal without prejudice of the potential claims of the alleged class. (Docket #20). Given that the defendant has not filed an answer or a motion for summary judgment, the Court will adopt the notice. *See* Fed. R. Civ. P. 41(a)(1)(A)(i). The Court will therefore deny the pending motion to dismiss as moot. (Docket #13).

      Accordingly,

      **IT IS ORDERED** that Plaintiff's notice of voluntary dismissal (Docket #20) be and the same is hereby **ADOPTED**;

      **IT IS FURTHER ORDERED** that the motion to dismiss (Docket #13) be and the same is hereby **DENIED as moot**;

      **IT IS FURTHER ORDERED** that Plaintiff's claims against Defendant be and the same are hereby **DISMISSED with prejudice**; and

      **IT IS FURTHER ORDERED** that this action be and the same is hereby **DISMISSED**.

Dated at Milwaukee, Wisconsin, this 28th day of August, 2020.

BY THE COURT:

_____
J. P. Stadtmueller
U.S. District Judge